## BRICE v. STATE.

No. 18040.

Court of Criminal Appeals of Texas.

March 18, 1936.

254

Art Schlofman, of Dalhart, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for two years.

Since the conviction of the appellant, the law (Pen.Code 1925, art. 666 et seq., as amended) upon which the prosecution is founded has been repealed (Vernon's Ann. P.C. art. 666—49). See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.